IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02946-STV

RON BROWN, MINKA GARMON, and JESSIE CROFT, individually and on behalf of others similarly situated,

        Plaintiffs,

v.

JBS USA FOOD COMPANY; TYSON FOODS, INC., CARGILL, INC., CARGILL MEAT SOLUTIONS CORP.; HORMEL FOODS CORP.; AMERICAN FOODS GROUP, LLC; TRIUMPH FOODS, LLC; SEABOARD FOODS, LLC; NATIONAL BEEF PACKING CO., LLC; IOWA PREMIUM LLC; SMITHFIELD FOODS INC.; SMITHFIELD PACKAGED MEATS CORP.; AGRI BEEF CO.; WASHINGTON BEEF, LLC; PERDUE FARMS, INC.; AGRI STATS, INC.; and WEBBER, MENG, SAHL AND COMPANY, INC. d/b/a WMS & COMPANY, INC.,

        Defendants.

## CLASS PLAINTIFFS' AND DEFENDANT PERDUE FARMS, INC.'S JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR SUSPENSION OF PROCEEDINGS

        Plaintiffs and Defendant Perdue Farms, Inc. ("Perdue") (and, together with Class Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Class Plaintiffs have reached agreement with Perdue to settle all claims against it. The proposed settlement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23, and Class Plaintiffs will move for preliminary approval of the settlement agreement in the near future.

The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement agreement, which will be provided to the Court in connection with Class Plaintiffs' motion for preliminary approval of the proposed settlement.

Dated: December 7, 2022            Respectfully submitted,

                                   /s/ *Brent W. Johnson*
                                    Brent W. Johnson
                                    Benjamin D. Brown
                                    Daniel H. Silverman
                                    Alison S. Deich
                                    Zachary Glubiak
                                    Louis Katz
                                    Zachary I. Krowitz
                                    COHEN MILSTEIN SELLERS & TOLL PLLC
                                    1100 New York Avenue NW, 5th Floor
                                    Washington, DC 20005
                                    Telephone: (202) 408-4600
                                    Facsimile: (202) 408-4699
                                    bjohnson@cohenmilstein.com
                                    bbrown@cohenmilstein.com
                                    dsilverman@cohenmilstein.com
                                    adeich@cohenmilstein.com
                                    zglubiak@cohenmilstein.com
                                    lkatz@cohenmilstein.com
                                    zkrowitz@cohenmilstein.com

                                    Robert B. Carey
                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    11 West Jefferson Street, Suite 1000
                                    Phoenix, Arizona 85003
                                    Telephone: (602) 840-5900
                                    Facsimile: (602) 840-3012
                                    rob@hbsslaw.com

                                    Shana E. Scarlett
                                    Rio S. Pierce
                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    715 Hearst Avenue, Suite 202

Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com
abigailp@hbsslaw.com


William H. Anderson (Co. Bar 45960)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
Telephone: (202) 559-2433
wanderson@hfajustice.com

Matthew K. Handley
Rachel E. Nadas
HANDLEY FARAH & ANDERSON PLLC
200 Massachusetts Avenue, NW, Seventh Floor
Washington, DC 20001
Telephone:
mhandley@hfajustice.com rnadas@hfajustice.com

George F. Farah
Rebecca P. Chang
Nicholas J. Jackson
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com
njackson@hfajustice.com

3

Martha E. Guarnieri
HANDLEY FARAH & ANDERSON PLLC
1727 Snyder Avenue
Philadelphia, PA 19145
Telephone: (215) 422-3478
mguarnieri@hfajustice.com

*Proposed Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class*

Brian D. Clark
Stephen J. Teti
Eura Chang
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
sjteti@locklaw.com
echang@locklaw.com

Eric L. Cramer
Candice J. Enders
Julia R. McGrath
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA19103
Telephone: (215) 875-3000
ecramer@bm.net
cenders@bm.net
jmcgrath@bm.net

*Additional Counsel for Plaintiffs and
the Proposed Class*

Dated: December 7, 2022  /s/ J. Douglas Baldridge
J. Douglas Baldridge
Lisa Jose Fales (application for admission to be submitted)
Danielle R. Foley
Andrew T. Hernacki (application for admission to be submitted)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

*Attorneys for Perdue Farms, Inc.*