UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02946

RON BROWN, MINKA GARMON, and JESSIE CROFT, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

JBS USA FOOD COMPANY; TYSON FOODS, INC.; CARGILL, INC., CARGILL MEAT SOLUTIONS CORP.; HORMEL FOODS CORP.; AMERICAN FOODS GROUP, LLC; TRIUMPH FOODS, LLC; SEABOARD FOODS, LLC; NATIONAL BEEF PACKING CO., LLC; IOWA PREMIUM LLC; SMITHFIELD FOODS INC.; SMITHFIELD PACKAGED MEATS CORP.; AGRI BEEF CO.; WASHINGTON BEEF, LLC; PERDUE FARMS, INC.; AGRI STATS, INC.; and WEBBER, MENG, SAHL AND COMPANY, INC. d/b/a WMS & COMPANY, INC.,

    Defendants.

MOTION TO WITHDRAW LOUIS R. KATZ AS COUNSEL FOR PLAINTIFFS

Plaintiffs Ron Brown, Minka Garmon, and Jessie Croft ("Plaintiffs"), by and through the undersigned attorneys, hereby requests permission to remove Louis R. Katz as counsel for Plaintiffs. Brent W. Johnson, Daniel H. Silverman, Alison S. Deich, Zachary R. Glubiak, and Zachary I. Krowitz of Cohen Milstein Sellers & Toll PLLC, Robert B. Carey, Steve Berman, Abigail D. Pershing, Shana E. Scarlett, and Rio S. Pierce of Hagens Berman Sobol Shapiro LLP, George F. Farah, Rebecca P. Chang, Nicholas J. Jackson, William H. Anderson, and Martha E. Guarnieri of Handley Farah & Anderson PLLC, Candice J. Enders and Julia R. McGrath of Berger Montague PC, and Brian D. Clark, Stephen J. Teti, and Eura Chang of Lockridge Grindal Nauen P.L.L.P. will remain counsel for Plaintiffs in this matter. As of January 12, 2023, Mr. Katz

will no longer be affiliated with the law firm Cohen Milstein Sellers & Toll PLLC.

THEREFORE, Plaintiffs request the Court grant their Motion to Withdraw Louis R. Katz as counsel for Plaintiffs.

Dated January 11, 2023                            /s/ Brent W. Johnson
                                                  Brent W. Johnson
                                                  Benjamin D. Brown
                                                  Daniel H. Silverman
                                                  Alison S. Deich
                                                  Zachary R. Glubiak
                                                  Zachary I. Krowitz
                                                  COHEN MILSTEIN SELLERS & TOLL PLLC
                                                  1100 New York Avenue NW, 5th Floor
                                                  Washington, DC 20005
                                                  Telephone: (202) 408-4600
                                                  Facsimile: (202) 408-4699
                                                  E-mail: bjohnson@cohenmilstein.com
                                                  E-mail: bbrown@cohenmilstein.com
                                                  E-mail: dsilverman@cohenmilstein.com
                                                  E-mail: adeich@cohenmilstein.com
                                                  E-mail: zglubiak@cohenmilstein.com
                                                  E-mail: zkrowitz@cohenmilstein.com