UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RON BROWN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JBS USA FOOD COMPANY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 1:22-CV-02946-PAB-STV |

**CLASS PLAINTIFFS' AND DEFENDANT JBS USA FOOD COMPANY'S
JOINT NOTICE OF SETTLEMENT AND
STIPULATION FOR SUSPENSION OF PROCEEDINGS**

Plaintiffs and Defendant JBS USA Food Company ("JBS") (and, together with Class Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Class Plaintiffs have reached agreement with JBS to settle all claims against it. The proposed settlement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23, and Class Plaintiffs will move for preliminary approval of the settlement agreement in the near future.

The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement agreement, which will be provided to the Court in connection with Class Plaintiffs' motion for preliminary approval of the proposed settlement.

Dated:  February 5, 2024

Respectfully submitted

  */s/ George F. Farah*
George F. Farah
Rebecca Chang

HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, New York 10003
Telephone: (212) 477-8090
Facsimile: (844) 300-1952
gfarah@hfajustice.com
rchang@hfajustice.com

Matthew K. Handley
Stephen Pearson
HANDLEY FARAH & ANDERSON PLLC
200 Massachusetts Avenue, NW, Seventh Floor
Washington, D.C. 20001
Telephone: (202) 559-2433
mhandley@hfajustice.com
spearson@hfajustice.com

Shana E. Scarlett
Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
rios@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0954
steve@hbsslaw.com

Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, #920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
abigailp@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel Silverman

        Alison Deich
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Proposed Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*


Dated: February 5, 2024      */s/ Marc E. Kasowitz*
Marc E. Kasowitz
Hector Torres
Daniel J. Fetterman
Kenneth R. David
Christian T. Becker
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
MKasowitz@kasowitz.com
HTorres@kasowitz.com
DFetterman@kasowitz.com
KDavid@kasowitz.com
CBecker@kasowitz.com

Jonathon Watson
Joseph Hunt
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Fax: (303) 839-3838
jmwatson@spencerfane.com
jhunt@spencerfane.com

*Attorneys for JBS USA Food Company*