# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02946-STV

RON BROWN and MINKA GARMON, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

JBS USA FOOD COMPANY; TYSON FOODS, INC.; CARGILL, INC.; CARGILL MEAT SOLUTIONS CORP.; HORMEL FOODS CORP.; ROCHELLE FOODS, LLC; AMERICAN FOODS GROUP, LLC; TRIUMPH FOODS, LLC; SEABOARD FOODS, LLC; NATIONAL BEEF PACKING CO., LLC; SMITHFIELD FOODS INC.; SMITHFIELD PACKAGED MEATS CORP.; MURPHY-BROWN OF MISSOURI, LLC; AGRI BEEF CO.; WASHINGTON BEEF, LLC; PERDUE FARMS, INC.; GREATER OMAHA PACKING CO., INC.; NEBRASKA BEEF, LTD.; INDIANA PACKERS CORPORATION; QUALITY PORK PROCESSORS, INC.; AGRI STATS, INC.; and WEBBER, MENG, SAHL AND COMPANY, INC. d/b/a WMS & COMPANY, INC.,

    Defendants.

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT QUALITY PORK PROCESSORS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Quality Pork Processors, Inc. makes the following Corporate Disclosure Statement: Quality Pork Processors, Inc. is wholly owned by Blaine Jay Corporation. Blaine Jay Corporation is not a publicly held corporation, and no publicly-held company owns 10% or more of Blaine Jay Corporation's stock.

Dated: February 6, 2024

Respectfully submitted,

   /s/ Emily E. Chow
Craig S. Coleman
Emily E. Chow
Anderson C. Tuggle
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street

Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
anderson.tuggle@faegredrinker.com

Desmonne A. Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
1144 Fifteenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
desmonne.bennett@faegredrinker.com

Jacob D. Bylund
Robert C. Gallup
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-4733
Facsimile: (515) 248-9010
jacob.bylund@faegredrinker.com
robert.gallup@faegredrinker.com

***Attorneys for Defendants Hormel Foods Corporation, Rochelle Foods, LLC, and Quality Pork Processors, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of February 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

*/s/ Mary Ann Villa*
Mary Ann Villa
Legal Administrative Assistant

361912544