## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

RON BROWN, and MINKA GARMON,
individually and on behalf of all others
similarly situated,

    *Plaintiffs*,

v.

JBS USA FOOD COMPANY; TYSON
FOODS, INC., CARGILL, INC., CARGILL
MEAT SOLUTIONS CORP.; HORMEL
FOODS CORP.; ROCHELLE FOODS, LLC;
AMERICAN FOODS GROUP, LLC;
TRIUMPH FOODS, LLC; SEABOARD
FOODS, LLC; NATIONAL BEEF PACKING
CO., LLC; SMITHFIELD FOODS INC.;
SMITHFIELD PACKAGED MEATS CORP.;
MURPHY-BROWN OF MISSOURI, LLC;
AGRI BEEF CO.; WASHINGTON BEEF,
LLC; PERDUE FARMS, INC.; GREATER
OMAHA PACKING CO., INC.; NEBRASKA
BEEF, LTD.; INDIANA PACKERS
CORPORATION; QUALITY PORK
PROCESSORS, INC.; AGRI STATS, INC.;
and WEBBER, MENG, SAHL AND
COMPANY, INC. d/b/a WMS & COMPANY,
INC.,

    *Defendants*.

Civil Action No. 1:22-cv-02946-PAB-STV

**JOINT MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER**

Plaintiffs and Defendants with the exception of Defendant Nebraska Beef, Ltd.[1] and Settled Defendants JBS USA Food Company; Perdue Farms, Inc.; Seaboard Foods, LLC; Triumph Foods, LLC; and Webber, Meng, Sahl and Company, Inc.[2] (the "Moving Defendants," and collectively with Plaintiffs, the "Moving Parties"), by and through their undersigned counsel, move under Fed. R. Civ. P. 26(c) for entry of the stipulated proposed Protective Order submitted concurrently herewith, which has been agreed to and fully executed by the Moving Parties, and which is incorporated by reference as if fully set forth herein.

The Moving Parties seek entry of the stipulated proposed Protective Order to expedite the flow of discovery material, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to protect against the disclosure of private, confidential, and proprietary information, to ensure that only materials the parties are entitled to keep confidential are subject to such treatment, and to ensure that the parties are permitted reasonably necessary uses of such materials in preparation for trial, pursuant to Fed. R. Civ. P. 26(c).

Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel state that a copy of this motion is being served contemporaneously on all parties.

Dated: March 1, 2024                    Respectfully submitted,

                                        */s/ Michael F. Tubach*
                                        Michael F. Tubach
                                        O'MELVENY & MYERS LLP
                                        Two Embarcadero Center
                                        San Francisco, California 94111
                                        Telephone: (415) 984-8700

---

[1] Defendant Nebraska Beef, Ltd. does not join this motion.
[2] The Court has preliminarily approved settlements involving four Defendants: Perdue Farms, Inc.; Seaboard Foods, LLC; Triumph Foods, LLC; and Webber, Meng, Sahl and Company, Inc. *See* ECF No. 306. A fifth Defendant, JBS USA Food Company, has also agreed to settle. *See* ECF No. 269.

Facsimile: (415) 984-8701
Email: mtubach@omm.com

Stephen J. McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: smcintyre@omm.com

Benjamin G. Bradshaw
Brian P. Quinn
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: 202-383-5414
Email: bbradshaw@omm.com
Email: bquinn@omm.com

Colleen Powers
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: cpowers@omm.com

*Counsel for National Beef Packing Company, LLC*

*/s/ Mark Ford*
Jennifer Milici
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
E-mail: Jennifer.Milici@wilmerhale.com

Mark Ford
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

E-mail: Mark.Ford@wilmerhale.com

Nana Wilberforce
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
E-mail: Nana.wilberforce@wilmerhale.com

*Counsel for Cargill, Incorporated and Cargill Meat Solutions Corp.*

*/s/ Timothy R. Beyer*
Timothy R. Beyer
Adam B. Stern
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
E-mail: tim.beyer@bclplaw.com
E-mail: adam.stern@bclplaw.com

Emilee L. Hargis
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, #3600
Saint Louis, MO 63102
Telephone: (314) 259-2028
E-mail: emilee.hargis@bclplaw.com

*Counsel for Agri Beef Co. and Washington Beef, LLC*

*/s/ Richard B. Benenson*
Richard B. Benenson, #32566
Emily R. Garnett, #45047
BROWNSTEIN HYATT FARBER SCHRECK, LLP
675 15th Street, Suite 2900
Denver, CO 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
E-mail: rbenenson@bhfs.com
E-mail: egarnett@bhfs.com

David L. Hashmall, #138162
FELHABER LARSON
220 South Sixth Street, Suite 2200

Minneapolis, Minnesota 55402
Telephone: (612) 339-6321
Facsimile: (612) 338-0535
E-mail: dhashmall@felhaber.com

*Counsel for American Foods Group, LLC*

*/s/ William L. Monts III*
William L. Monts III
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-mail: william.monts@hoganlovells.com

*/s/ Peter H. Walsh*
Peter H. Walsh
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Telephone: (612) 402-3017
Facsimile: (612) 339-5167
E-mail: peter.walsh@hoganlovells.com

*Counsel for Agri Stats, Inc.*

*/s/ Desmonne A. Bennett*
Desmonne A. Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
1144 Fifteenth Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
E-mail: desmonne.bennett@faegredrinker.com

Craig S. Coleman
Emily E. Chow
Anderson C. Tuggle
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

E-mail: craig.coleman@faegredrinker.com
E-mail: emily.chow@faegredrinker.com
E-mail: anderson.tuggle@faegredrinker.com

Jacob D. Bylund
Robert C. Gallup
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-4733
Facsimile: (515) 248-9010
E-mail: jacob.bylund@faegredrinker.com
E-mail: robert.gallup@faegredrinker.com

*Counsel for Hormel Foods Corporation, Rochelle Foods, LLC, and Quality Pork Processors, Inc.*

*/s/ Amy B. Manning*
Amy B. Manning
Sarah A. Zielinski
Kali M. Yallourakis
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8100
E-mail: amanning@mcguirewoods.com
E-mail: szielinski@mcguirewoods.com
E-mail: kyallourakis@mcguirewoods.com

*Counsel for Smithfield Foods, Inc. and Smithfield Packaged Meats Corp.*

*/s/ Britt M. Miller*
Britt M. Miller
Robert E. Entwisle
William J. McElhaney
MAYER BROWN, LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com
wmcelhaney@mayerbrown.com

William H. Stallings
Cloe M. Anderson

MAYER BROWN, LLP
1999 K Street, Northwest
Washington, DC 20006-1101
(202) 263-3000
wstallings@mayerbrown.com
canderson@mayerbrown.com

*Counsel for Indiana Packers Corporation*

*/s/ John P. Passarelli*
John P. Passarelli
Jonathan I. Baker
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
E-mail: john.passarelli@kutakrock.com
E-mail: jonathan.baker@kutakrock.com

Jason D. Stitt
KUTAK ROCK LLP
121 S. Whittier Street, Suite 330
Wichita, KS 67207
Telephone: (816) 960-0090
E-mail: jason.stitt@kutakrock.com

*Counsel for Greater Omaha Packing Co., Inc.*

*/s/ John F. Terzaken*
John F. Terzaken
Abigail W. Williams
Laurel Fresquez
Jonathan R. Myers
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, DC 20001
Telephone: (202) 636-5858
Facsimile: (202) 636-5502
E-mail: john.terzaken@stblaw.com
E-mail: abigail.williams@stblaw.com
E-mail: laurel.fresquez@stblaw.com
E-mail: jonathan.myers@stblaw.com

*Counsel for Tyson Foods, Inc.*

/s/ *Shana E. Scarlett*
Shana E. Scarlett
Rio S. Pierce
Abby R. Wolf
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Elaine Byszewski
Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com
abigailp@hbsslaw.com

HANDLEY FARAH & ANDERSON PLLC

/s/ *George F. Farah*
George F. Farah
Rebecca P. Chang
Nicholas J. Jackson
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com
njackson@hfajustice.com
William H. Anderson (Co. Bar 45960)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305

Telephone: (202) 559-2433
wanderson@hfajustice.com

Matthew K. Handley
Rachel E. Nadas
HANDLEY FARAH & ANDERSON PLLC
200 Massachusetts Avenue, NW, Seventh Floor
Washington, DC 20001
Telephone: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

Martha E. Guarnieri
HANDLEY FARAH & ANDERSON PLLC
1727 Snyder Avenue
Philadelphia, PA 19145
Telephone: (215) 422-3478
mguarnieri@hfajustice.com

COHEN MILSTEIN SELLERS & TOLL PLLC

/s/ *Brent W. Johnson*
Brent W. Johnson
Benjamin D. Brown
Robert A. Braun
Alison S. Deich
Zachary Glubiak
Zachary I. Krowitz
Nina Jaffe-Geffner
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com
zkrowitz@cohenmilstein.com
njaffegeffner@cohenmilstein.com

Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre St., Suite 207
Boston, MA 02130

Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class and Subclass*

Brian D. Clark
Stephen J. Teti
Arielle S. Wagner
Eura Chang
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
sjteti@locklaw.com
aswagner@locklaw.com
echang@locklaw.com

Eric L. Cramer
Candice J. Enders
Julia R. McGrath
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA19103
Telephone: (215) 875-3000
ecramer@bm.net
cenders@bm.net
jmcgrath@bm.net

*Additional Counsel for Plaintiffs and the Proposed Class and Subclass*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*/s/ Mark Ford*
Mark Ford