# Attachment A

Legal Notice

# If You Worked in Beef or Pork Processing between 2014 and 2024, You Could Get Money from Settlements

Records show you work or used to work for a beef or pork company.  This notice is a summary about a lawsuit that could affect you.  Learn more: Visit www.BeefPorkWages.com, email [xxxx], or call 1-800-000-0000 (toll-free).

### What is this lawsuit about?
Beef and pork employees sued their employers.  The employers they sued are called the "Defendants."  The lawsuit says that some beef and pork companies communicated with each other about how much to pay their workers in a way that broke the law and paid their employees less than they should have.

### Who is a part of the lawsuit?
You are a part if you worked at any of the Defendants' beef or pork processing plants in the United States from January 1, 2014 until February 27, 2024.

### What do I get?
Some beef and pork companies agreed to cooperate and pay $11.25 million in settlements to stop the lawsuit.  You may be able to get some of this money.  The amount of money you get will depend on how many people are included, how long you worked for the Defendants, how much money you made, and the amount of money the Court approves for costs, fees, and service awards.

### How do I get money?
If you got this notice, you do not need to do anything.  You will get money.  If you did not get a notice, you need to fill out a claim form to get money from the settlements or update your information at www.BeefPorkWages.com by [Month 00, 2024].

### What are my rights?
Even if you do nothing, you will be bound by the Court's decisions.  If you want to keep your right to sue the settling Defendants, you must opt out by [Month 00, 2024]. If you stay in the settlements, you may object to them by [Month 00, 2024].

The Court will hold a hearing on [Month 00, 2024] to consider if it will approve the settlements and decide how much it wants to pay Class Counsel and the class representatives.  Class Counsel will ask the judge for attorneys' fees up to $XX,XXX,XXX, costs up to $XX,XXX,XXX, and a $XX,XXX service award for each of the class representatives.  You or your own lawyer may appear and speak at the hearing at your own expense.

**Learn More:**   1-800-000-0000   [email]                    www.BeefPorkWages.com