# Attachment B

*Brown v. JBS Food Co.*, No. 1:22-cv-02946 (D. Colo.)

# Did you work in Beef or Pork Processing between 2014 and 2024?

## You Could Get Money from Settlements

Beef and pork employees sued their employers because they believe that their employers broke the law and did not pay them enough. This is called a lawsuit. Some beef and pork companies agreed to cooperate and pay these employees $11.25 million to stop the lawsuit. This is called a settlement. If you worked for one of these companies between 2014 and 2024, you may be able to get some of this money.

If you were a beef or pork employee, you have three options:

1. **Do nothing.** If you do nothing, you will continue to be part of this lawsuit. Your rights will be affected. You may get money from the settlements. **You may still need to fill out a form to get your money**. If you need to fill out a form, you must do it by [Month 00, 202X]. You may have some questions about the form. See Questions 14-19.

2. **Object to the settlements**. You can tell the judge in this case that you do not like the settlements. This is called "objecting." You have until [Month 00, 202X] to object to the settlements. You may have some questions about how to object. See Questions 23-26.

3. **Opt out of the lawsuit.** You can choose to no longer be part of this lawsuit. This is called "opting out." If you opt out, this lawsuit will not affect your rights. You will not get any money from the settlements. You have until [Month 00, 202X] to opt out. You may have some questions about how to opt out. See Questions 20-22.

If you have questions or need help, please go to www.BeefPorkWages.com or call 1-800-000-0000.

### This Notice

1. **Why did I get a notice?**

You got a notice because records show you work or used to work for a beef or pork company. Some of those companies agreed to cooperate and pay $11.25 million in settlements to stop this lawsuit against them.

You may be part of the group of people affected, called the "class." The Court will hold a hearing on [Month 00, 2024] to decide if it will approve the settlements. Your rights may be affected.

2. **What do I do next?**

Read this information to see if you are part of the lawsuit and learn more about the settlements and your choices. Then, decide if you need to take any action.

1

3. **What is this lawsuit about?**

This lawsuit says that some beef and pork companies communicated with each other about how much to pay their workers in a way that is against the law. As a result, these companies paid workers less money than they should have.

A group of workers sued the companies that they say did this. The people who sued – and other workers like them - are called the "Plaintiffs."

The beef and pork companies they sued are called the "Defendants." The Defendants say they did nothing wrong.

4. **What can I do?**

You need to decide if you want to:

| Option | Summary | Important Date | Go to Questions: |
|---|---|---|---|
| GET SETTLEMENT MONEY | If you got a notice in the mail or by email, you do not need to do anything. You will get money from the settlements. If you did not get a notice, you need to fill out a claim form to get money from the settlements.<br><br>You can't sue the Defendants on your own about the claims in this lawsuit. | **Month 00, 202X** | 14-18 |
| OPT OUT | Get no money from the settlements. But you can sue the Defendants on your own about the claims in this lawsuit. | **Month 00, 202X** | 20-22 |
| OBJECT | Tell the Court why you don't like the settlements. | **Month 00, 202X** | 23-26 |
| DO NOTHING | If you got a notice in the mail or by email, you will get money. You can't sue the Defendants on your own about the claims in this lawsuit. |  | 19 |
| GO TO A HEARING | Go to the hearing. Ask the Court if you can speak about the fairness of the settlements. | **Month 00, 202X** | 29-33 |

5. **What is this lawsuit called?**

This lawsuit is called *Brown v. JBS Food Co.*, No. 1:22-cv-02946.

6. **What Court is this lawsuit in?**

This lawsuit is in the United States District Court for the District of Colorado.

7. **Who is the judge?**

The judge in this lawsuit is Judge Philip A. Brimmer.

2

**8. What is a class action lawsuit?**

In a class action lawsuit, one or more people sue on behalf of a larger group. The people who sue on behalf of the larger group are called "class representatives." The whole group of people is called a "class." Individual people in the class are called "class members."

**9. Who are the class representatives in this lawsuit?**

The class representatives in this lawsuit are Ron Brown, Minka Garmon, and Jessie Croft. Like you, they worked for the beef or pork companies.

**10. Who are the Defendants in this lawsuit?**

The Defendants in this lawsuit are:

- Agri Beef
- Agri Stats
- American Foods
- Cargill
- Greater Omaha
- Hormel
- Indiana Packers
- JBS
- National Beef
- Nebraska Beef
- Perdue
- Quality Pork
- Seaboard
- Smithfield
- Triumph
- Tyson
- Webber, Meng, Sahl & Company ("WMS")

**11. What are the workplaces?**

Click here to see if the place you worked at is on the list.

**12. Why are there settlements in this lawsuit?**

The Court has not decided who is right. Instead, both sides agreed to settle. A settlement is an agreement to stop the lawsuit. That way, it avoids the cost of a trial, and the people in the class get paid. The class representatives and their attorneys think the settlements are the best result for the class.

### Who is in the Class

**13. How do I know if I am in the class?**

You are in the class if you:

- Worked at any of the Defendants' beef or pork processing plants,

3

- In the United States,
- From January 1, 2014 until February 27, 2024, and
- Were <u>not</u> a plant manager, human-resources manager or staff, clerical staff, guard, watchperson, or salesperson.

If you got a postcard or email notice, records show you are in the class.

If you did not get postcard or email notice, you may still be in the class:

- Click here to see if you may be a class member.
- Click here to see if your employer or the place you worked at is on the list.

**Still not sure? Get free help:**

- Call 1-800-000-0000
- Email [XXXX]
- Write to [ADDRESS]

### The Settlements

**14. What do I get from the settlements?**

If the Court approves the settlements and you are in the class, you will get money. The settling Defendants will pay $11,250,000 total.

The settlements will pay:
- Money to class members,
- Attorneys' fees up to XX% of the settlements ($XXXXX) and costs up to $XXXX,
- Notice and administration costs, and
- An $XX,XXX service award to each class representative.

Defendants also will cooperate with the lawsuit.

### Getting Money

**15. How much money will I get?**

At this time, it is not known how much money you will get from the settlements. The amount of money you get will depend on:

- How many people are in the class,
- How long you worked for the Defendant(s),
- How much money you made, and
- The amount of money the Court approves for costs, fees, and service awards.

4

**16. How can I get money?**

| If you: | To Get Money: |
|---|---|
| Got a postcard or email notice | Do nothing.  You will get money. |
| Did not get a postcard or email notice | You need to fill out and send in a claim form:<br><br>• **Online**: Click here to fill out and submit the claim form.<br><br>OR<br><br>• **Mail**: Print the claim form here or call 1-800-000-0000 to ask for one.  Fill out the claim form and mail it to:<br><br>Beef Pork Wages Settlement<br>c/o A.B. Data, Ltd.<br>P.O. Box 0000<br>Milwaukee, WI 53217<br><br>You claim form must be submitted online or postmarked by [**MONTH 00, 2024**.<br><br>If your claim form is approved, you will get money. |

**17. How do I update my contact information?**

If you need to update or change your contact information, you can:

- Click here to search for your information in the records.  When your information appears, you can update or change your contact information.
- Call 1-800-000-0000.
- Email XXXXX.

**18. When will I get paid?**

You will get paid after the settlements are approved and any appeals end.  This process can take time.  Please check this website for updates.

**19. What happens if I stay in the class?**

If you stay in the class (and if you do nothing), you may get money from the settlements.  But you will "release" or give up all the claims made in this lawsuit.  That means you cannot sue the Defendants who settled on your own for these same claims.

The claims you will give up are described in documents called "Settlement Agreements."  They are available here.

5

### Opting Out

**20. What does it mean to "opt out"?**

Opting out means to leave the class. You can opt out of the class if you want to sue or continue to sue the Defendants who settled on your own about the claims in this lawsuit. You will not get money from the settlements, and you will not be able to object to the settlements. This lawsuit will not affect you.

**21. How do I opt out?**

To opt out, you must mail a letter to the Settlement Administrator by [Month 00, 2024].

Your letter must include:
- Your name,
- Your address,
- Your notice ID number (if you have one),
- A sentence saying, "I want to opt out from the class in *Brown v. JBS Food Co.*.", and
- Your signature (you must sign the letter).

You must mail your opt out request postmarked no later than [Month 00, 2024], to:

Beef Pork Wages Settlement
Opt Out
c/o A.B. Data, Ltd.,
PO Box 0000
Milwaukee, WI 53217

**22. If I opt out, can I still get money?**

No. If you opt out, you will not get money from the settlements.

### Objecting

**23. What does it mean to "object"?**

Objecting is when you tell the Court that you don't like something about the settlements. You give reasons why you think the Court should not approve it. The Court will consider your views. You can hire your own lawyer to help you, but you don't have to.

**24. How do I object?**

To object, you must mail a letter to the Court. Your letter must include:

- Your name,
- Your address,
- Your telephone number,
- Your notice ID number (if you have one),
- The reason(s) you object to the settlements,
- Your lawyer's name (if you have one),
- A statement saying that you object to *Brown v. JBS Food Co.*,
- A statement saying if you (or your lawyer) want to speak at the hearing, and

6

- Your signature (you must sign the letter).

You must mail your objection postmarked no later than [**Month 00, 2024**] to these two addresses:

| Court | Settlement Administrator |
|---|---|
| Clerk<br>United States District Court<br>District of Colorado<br>Alfred A. Arraj United States Courthouse, Room A105<br>901 19th Street<br>Denver, CO 80294-3589 | Beef Pork Wages Settlement Objections<br>c/o A.B. Data, Ltd.,<br>PO Box 0000<br>Milwaukee, WI 53217 |

### 25. If I object, will the judge change the settlements?

No. The judge cannot change the settlement terms. He can only approve or not approve the settlements as they are. If the judge agrees with your objection, he will not approve the settlements.

### 26. Can I object if I opt out?

No. You cannot object if you opt out. Only class members can object to the settlements. If you opt out, you will no longer be in the class.

## Lawyers for the Class

### 27. Do I have a lawyer in this lawsuit?

Yes. The judge assigned lawyers from three law firms to represent you and the other class members in this lawsuit. The law firms are Cohen Milstein Sellers & Toll, PLLC; Hagens Berman Sobol Shapiro LLP; and Handley Farah & Anderson PLLC. These lawyers are called "Class Counsel."

You will not be charged for these lawyers, and you can contact them for free. If you want to be represented by your own lawyer, you can hire one, but you may have to pay them.

### 28. Do I have to pay the lawyers in this lawsuit?

No. Class Counsel will ask the judge for attorneys' fees up to $XX,XXX,XXX and costs up to $XX,XXX,XXX. They have not been paid yet for their work on this lawsuit.

Class Counsel will also ask the judge for a $XX,XXX service award for each of the class representatives. Service awards may be given to the class representatives for their help with the lawsuit.

If the judge approves any attorneys' fees and costs or service awards, the settlements will pay for them.

## Court Hearing

### 29. What happens next in this lawsuit?

7

The judge will hold a hearing to decide if it will approve these settlements.  The judge's decision after the hearing will affect the rights of all class members.  The settlements will only go into effect if the judge approves them.  If you wish, you may attend the hearing.

The hearing is scheduled for [**Month 00, 2024**] at **X:00 x.m.**, at:

United States District Court, District of Colorado<br>
Alfred A. Arraj United States Courthouse<br>
Courtroom A701<br>
901 19th Street<br>
Denver, CO 80294-3589

The judge may decide to move the hearing to a different date or time.  Check www.BeefPorkWages.com for updates.

### 30.  What happens at the hearing?

At the hearing, the Court will consider if it will approve the settlements.  The Court will think through any objections at that time.  The judge will listen to people who have asked to speak at the hearing.  The Court may decide how much it wants to pay Class Counsel and the class representatives.

### 31.  What happens after the hearing?

After the hearing, the Court will decide whether to approve the settlements.  We do not know how long this decision will take.

### 32.  Do I have to come to the hearing?

No. You do not have to come to the hearing, but you are welcome to come at your own cost.

If you mail a written objection to the Court on time, the judge will consider it. This is true even if you do not come to the hearing to talk about it.

You may also pay your own lawyer to attend, but you do not have to.

### 33.  Can I ask to speak at the hearing?

Yes. You may ask for permission to talk at the hearing. To ask to speak, you must mail a letter to the Court by [**Month 00, 2024**].

Your letter must include:

- Your name,
- Your address,
- Your telephone number,
- A statement saying that you (or your lawyer) want to speak in *Brown v. JBS Food Co.*, and
- Your signature (you must sign the letter).

You must mail your letter postmarked no later than [**Month 00, 2024**] to these two addresses:

| Court | Settlement Administrator |
|---|---|

8

| | |
|---|---|
| Clerk<br>United States District Court<br>District of Colorado<br>Alfred A. Arraj United States Courthouse, Room A105<br>901 19th Street<br>Denver, CO 80294-3589 | Beef Pork Wages Settlement Objections<br>c/o A.B. Data, Ltd.,<br>PO Box 0000<br>Milwaukee, WI 53217 |

### Deciding What You Want to Do

**34. How do I decide what to do?**

Your choices are to:

- Stay in the class and get money from the settlements.
    - If you got a notice in the mail or by email: Do nothing.  You will get money.
    - If you did not get a notice by mail or email: Fill out the claim form <u>here</u> to ask for money.
- Stay in the class and object to the settlements and/or ask to speak at the hearing.
- Opt out of the class.

This chart shows the effects of each choice:

| | *Stay in Class* | *Object* | *Opt Out of Class* |
|---|---|---|---|
| **Can I get money from the settlements if I . . .** | YES | YES | NO |
| **Will the Court's decisions in this lawsuit affect me if I . . .** | YES | YES | NO |
| **Can I sue the Defendants myself for these claims if I . . .** | NO | NO | YES |

### Key Resources

**35. How do I get more information?**

This notice is a summary. More details and documents about the settlements can be found <u>here.</u>

You can also get court documents online on the <u>Court Electronic Records (PACER) system</u> or by visiting the Clerk's office of the Court (address below).

If you have more questions:

- Call: 1-800-000-0000
- Email: XXXX
- Write to: Beef Pork Wages Settlement, c/o A.B. Data, Ltd., PO Box 0000, Milwaukee, WI 53217

**BOX: What else can I find on this website?**

9

- A tool to check if you are in the class.
- A tool to see if the place you worked at is on the list.
- A claim form (if you aren't sure if you need one, click here for more information).
- Important case documents.
- Contact information.

## Resources List

| Case website | www.BeefPorkWages.com |
|---|---|
| **Settlement Administrator** | Beef Pork Wages Settlement<br>c/o A.B. Data, Ltd.,<br>PO Box 0000<br>Milwaukee, WI 53217<br><br>Phone: 1-800-000-0000<br><br>Email: XXXXX |
| **Class Counsel**<br><br>**(Contact For Free)** | Shana E. Scarlett<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue<br>Suite 202<br>Berkeley, CA 94710    George F. Farah<br>Handley Farah Anderson Law Firm<br>33 Irving Place<br>New York, NY 10003    Brent W. Johnson<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Ave. NW<br>Suite 500, West Tower<br>Washington, DC 20005 |
| **Court**<br><br>**(DO NOT CONTACT WITH QUESTIONS ABOUT THIS CASE)** | United States District Court<br>District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO 80294-3589 |