# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RON BROWN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JBS USA FOOD COMPANY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 1:22-CV-02946-PAB-STV |

## CLASS PLAINTIFFS' AND DEFENDANT AMERICAN FOODS GROUP, LLC'S JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR SUSPENSION OF PROCEEDINGS

Plaintiffs and Defendant American Foods Group, LLC ("AFG") (and, together with Class Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Class Plaintiffs have reached agreement with AFG to settle all claims against it. The proposed settlement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23, and Class Plaintiffs will move for preliminary approval of the settlement agreement in the near future.

The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement agreement, which will be provided to the Court in connection with Class Plaintiffs' motion for preliminary approval of the proposed settlement.

Dated: May 24, 2024

Respectfully submitted

 */s/ George F. Farah*
George F. Farah
Rebecca Chang

HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, New York 10003
Telephone: (212) 477-8090
Facsimile: (844) 300-1952
gfarah@hfajustice.com
rchang@hfajustice.com

Matthew K. Handley
HANDLEY FARAH & ANDERSON PLLC
1201 Connecticut Ave. NW, Suite 200K
Washington, D.C. 20036
Telephone: (202) 559-2433
mhandley@hfajustice.com

Shana E. Scarlett
Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
rios@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0954
steve@hbsslaw.com

Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, #920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
abigailp@hbsslaw.com

        Brent W. Johnson
        Benjamin D. Brown
        Daniel Silverman
        Alison Deich
        COHEN MILSTEIN SELLERS & TOLL PLLC
        1100 New York Avenue, NW, 5th Floor
        Washington, DC 20005
        Telephone: (202) 408-4600
        Facsimile: (202) 408-4699
        bjohnson@cohenmilstein.com
        bbrown@cohenmilstein.com
        dsilverman@cohenmilstein.com
        adeich@cohenmilstein.com

        *Proposed Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Dated: May 24, 2024        *s/Emily R. Garnett*
        Richard B. Benenson, #32566
        Emily R. Garnett, #45047
        Brownstein Hyatt Farber Schreck, LLP
        675 15th Street, Suite 2900
        Denver, CO 80202
        Telephone: 303-223-1100
        Fax: 303-223-1111
        Email: rbenenson@bhfs.com;
            egarnett@bhfs.com

        David L. Hashmall,
        Felhaber Larson
        220 South Sixth Street, Suite 2200
        Minneapolis, Minnesota 55402
        Telephone: 612-339-6321
        Fax: 612-338-0535
        Email: dhashmall@felhaber.com

        *Attorneys for Defendant American Foods Group, LLC*