**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02946-PAB-STV

RON BROWN et al.,

    Plaintiffs,

    v.

JBS USA FOOD COMPANY et al.,

    Defendants.

---

**AMENDED NOTICE OF COMPLIANCE WITH CLASS ACTION FAIRNESS ACT OF 2005 OF DEFENDANT NATIONAL BEEF PACKING CO., LLC**

---

    Defendant National Beef Packing Co., LLC hereby provides notice that on September 10, 2024, it caused notice of its proposed settlement with the putative class in the above-captioned action to be served upon the appropriate federal and state officials, pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b).

Dated: September 11, 2024

Respectfully submitted,

*/s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: mtubach@omm.com

Stephen J. McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: smcintyre@omm.com

Benjamin G. Bradshaw
Brian P. Quinn
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: 202-383-5414
Email: bbradshaw@omm.com
Email: bquinn@omm.com

Colleen Powers
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: cpowers@omm.com

*Counsel for National Beef Packing Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 11, 2024

*/s/ Michael F. Tubach*
Michael F. Tubach