# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RON BROWN and MINKA GARMON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JBS USA FOOD COMPANY; TYSON FOODS, INC.; CARGILL, INC.; CARGILL MEAT SOLUTIONS CORP.; HORMEL FOODS CORP.; ROCHELLE FOODS, LLC; AMERICAN FOODS GROUP, LLC; TRIUMPH FOODS, LLC; SEABOARD FOODS LLC; NATIONAL BEEF PACKING CO., LLC; SMITHFIELD FOODS, INC.; SMITHFIELD PACKAGED MEATS CORP.; MURPHY-BROWN OF MISSOURI, LLC; AGRI BEEF CO.; WASHINGTON BEEF, LLC; PERDUE FARMS, INC.; GREATER OMAHA PACKING CO., INC.; NEBRASKA BEEF, LTD.; INDIANA PACKERS CORPORATION; QUALITY PORK PROCESSORS, INC.; AGRI STATS, INC.; and WEBBER, MENG, SAHL AND COMPANY, INC. d/b/a WMS & COMPANY, INC.,<br><br>　　　　Defendants. | Civil Action No. 1:22-cv-02946-PAB-STV |

**NOTICE OF COMPLIANCE WITH CLASS ACTION FAIRNESS ACT OF 2005 OF DEFENDANTS CARGILL, INCOPORATED AND CARGILL MEAT SOLUTIONS CORPORATION**

　　　　Defendants Cargill, Incorporated and Cargill Meat Solutions Corp. hereby provide notice that on September 16, 2024, they caused notice of their proposed settlement with the putative class in the above-captioned action to be served upon the appropriate federal and state officials, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b).

Dated: September 16, 2024							Respectfully submitted,


        /s/ *Jennifer Milici*
Jennifer Milici
John W. O'Toole
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
E-mail: Jennifer.Milici@wilmerhale.com
E-mail: John.Otoole@wilmerhale.com

Mark A. Ford
Holly A. Ovington
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email:  Mark.Ford@wilmerhale.com
Email: Holly.Ovington@wilmerhale.com

Nana Wilberforce
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
Email:  Nana.Wilberforce@wilmerhale.com

*Counsel for Cargill, Incorporated and Cargill Meat Solutions Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


Dated: September 16, 2024                    */s/ Jennifer Milici*
                                                                    Jennifer Milici