**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| RON BROWN, *et al.*, | Civil Action No. 1:22-cv-02946-PAB-STV |
| Plaintiffs, | |
| v. | **PLAINTIFFS' MOTION FOR STATUS** |
| JBS USA FOOD COMPANY, *et al.*, | |
| Defendants. | |


Plaintiffs Ron Brown and Minka Garmon (collectively "Plaintiffs") respectfully move this Honorable Court for an order reporting the status of Plaintiffs' unopposed Motion for Preliminary Approval of Settlements with JBS USA Food Company and Tyson Foods, Inc., Certification of Settlement Classes, and Appointment of Settlement Class Counsel (ECF No. 322) (filed Mar. 8, 2024) (requesting approval of $127.5 million in settlements); and Plaintiffs' Motion for Preliminary Approval of Settlement with American Foods Group, LLC, Certification of Settlement Class, and Appointment of Settlement Class Counsel (ECF No. 360) (filed June 17, 2024) (requesting approval of a $4 million settlement).

These unopposed motions have been pending for six and three months, respectively.

The unopposed resolution of these motions will materially affect the rights of hundreds of thousands of class members who stand to receive significant benefits under these settlements. Preliminary approval of these settlements will trigger several necessary and meaningful events. *First*, until preliminary approval is granted, millions of dollars recovered by these settlements will not be paid into escrow accounts and will not begin to earn interest for the settlement classes. *Second*, preliminary approval will trigger obligations by these settled defendants to produce data and contact information for the settlement classes. Because this is an employment-related case, this data and contact information is necessary for notice and claims administration. *Third*, key cooperation under the settlements (including the production of documents and the provision of witnesses for depositions) is triggered by the granting of the motions for preliminary approval. That cooperation will materially advance the litigation of plaintiffs' claims.

WHEREFORE, plaintiffs respectfully request that this Honorable Court GRANT the instant motion, and enter an order reporting the status of the pending motions found at ECF No. 322 and ECF No. 360.

- 2 -

Dated: September 16, 2024

| HAGENS BERMAN SOBOL SHAPIRO LLP | COHEN MILSTEIN SELLERS & TOLL PLLC |
|---|---|
| */s/ Shana E. Scarlett*<br>Shana E. Scarlett<br>Rio S. Pierce<br>Abby R. Wolf<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>riop@hbsslaw.com<br>abbyw@hbsslaw.com<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>steve@hbsslaw.com<br><br>Elaine Byszewski<br>Abigail D. Pershing<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 N. Lake Ave., Suite 920<br>Pasadena CA, 91101<br>Telephone: (213) 330-7150<br>elaineb@hbsslaw.com<br>abigailp@hbsslaw.com | */s/ Brent W. Johnson*<br>Brent W. Johnson<br>Benjamin D. Brown<br>Robert A. Braun<br>Alison S. Deich<br>Zachary Glubiak<br>Zachary I. Krowitz<br>Nina Jaffe-Geffner<br>1100 New York Avenue NW, 5th Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>bjohnson@cohenmilstein.com<br>bbrown@cohenmilstein.com<br>rbraun@cohenmilstein.com<br>adeich@cohenmilstein.com<br>zglubiak@cohenmilstein.com<br>zkrowitz@cohenmilstein.com<br>njaffegeffner@cohenmilstein.com<br><br>Daniel H. Silverman<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>769 Centre St. Suite 207<br>Boston, MA 02130<br>Telephone: (617) 858-1990<br>dsilverman@cohenmilstein.com |

HANDLEY FARAH & ANDERSON PLLC

*/s/ George F. Farah*
George F. Farah
Rebecca P. Chang
Nicholas J. Jackson
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
Facsimile: (844) 300-1952
gfarah@hfajustice.com
rchang@hfajustice.com
njackson@hfajustice.com

William H. Anderson (Co. Bar 45960)
HANDLEY FARAH & ANDERSON PLLC
5353 Manhattan Circle, Suite 204

Case No. 1:22-cv-02946-PAB-STV   Document 374   filed 09/16/24   USDC Colorado   pg 4 of 5

- 3 -

Boulder, CO 80303
Telephone: (202) 559-2433
Facsimile: (844) 300-1952
wanderson@hfajustice.com

Martha E. Guarnieri
HANDLEY FARAH & ANDERSON PLLC
1727 Snyder Avenue
Philadelphia, PA 19145
Telephone: (215) 422-3478
Facsimile: (844) 300-1952
mguarnieri@hfajustice.com

Simon Wiener
HANDLEY FARAH & ANDERSON PLLC
60 Harrison Avenue, Suite 604
Boston, MA 02111
Telephone: (202) 921-4567
Facsimile: (844) 300-1952
swiener@hfajustice.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| Brian D. Clark<br>Stephen J. Teti<br>Arielle S. Wagner<br>Eura Chang<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>bdclark@locklaw.com<br>sjteti@locklaw.com<br>aswagner@locklaw.com<br>echang@locklaw.com | Candice J. Enders<br>Julia R. McGrath<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>cenders@bm.net<br>jmcgrath@bm.net |

*Additional Counsel for Plaintiffs and the Proposed Class*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

                                                */s/ Shana E. Scarlett*
                                                  SHANA E. SCARLETT