UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02946-PAB-STV

RON BROWN and MINKA GARMON, individually and on behalf of others similarly situated,

      Plaintiffs,

v.

JBS USA FOOD COMPANY; TYSON FOODS, INC.; CARGILL, INC.; CARGILL MEAT SOLUTIONS CORP.; HORMEL FOODS CORP.; ROCHELLE FOODS, LLC; AMERICAN FOODS GROUP, LLC; TRIUMPH FOODS, LLC; SEABOARD FOODS, LLC; NATIONAL BEEF PACKING CO., LLC; SMITHFIELD FOODS, INC.; SMITHFIELD PACKAGED MEATS CORP.; MURPHY-BROWN OF MISSOURI, LLC; AGRI BEEF CO.; WASHINGTON BEEF, LLC; PERDUE FARMS, INC.; GREATER OMAHA PACKING CO., INC.; NEBRASKA BEEF, LTD.; INDIANA PACKERS CORPORATION; QUALITY PORK PROCESSORS, INC.; AGRI STATS, INC.; and WEBBER, MENG, SAHL AND COMPANY, INC. d/b/a WMS & COMPANY, INC.,

      Defendants.

## CLASS PLAINTIFFS' AND DEFENDANTS AGRI BEEF CO. AND WASHINGTON BEEF, LLC'S JOINT NOTICE OF SETTLEMENT AND RESOLUTION, AND STIPULATION FOR SUSPENSION OF PROCEEDINGS

Plaintiffs and Defendants Agri Beef Co. ("Agri Beef") and Washington Beef, LLC ("Washington Beef") (collectively, "Agri Beef," and, together with Class Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Class Plaintiffs have reached a settlement agreement with Agri Beef to resolve all claims against them. Those proposed agreements are subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23, and Class Plaintiffs will move for preliminary approval of them in the near future.

The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of the agreements, which will be provided to the Court in connection with Class Plaintiffs' motion for preliminary approval.

- 1 -

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  April 14, 2025 | */s/ Shana E. Scarlett*<br>Shana E. Scarlett<br>Abby R. Wolf<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>abbyw@hbsslaw.com<br><br>Steve W. Berman<br>Abigail Pershing<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>abigailp@hbsslaw.com |
| Dated:  April 14, 2025 | */s/ Brent W. Johnson*<br>Brent W. Johnson<br>Benjamin D. Brown<br>Daniel Silverman<br>Alison Deich<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW<br>Suite 800, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>bjohnson@cohenmilstein.com<br>bbrown@cohenmilstein.com<br>dsilverman@cohenmilstein.com<br>adeich@cohenmilstein.com |

| | |
|---|---|
| Dated: April 14, 2025 | */s/ George F. Farah*<br>George F. Farah<br>Rebecca Chang<br>HANDLEY FARAH & ANDERSON PLLC<br>33 Irving Place<br>New York, NY 10003<br>T: (212) 477-8090<br>F: (844) 300-1952<br>gfarah@hfajustice.com<br>rchang@hfajustice.com<br><br>Matthew K. Handley (D. Md. Bar # 18636)<br>Stephen Pearson<br>HANDLEY FARAH & ANDERSON PLLC<br>200 Massachusetts Avenue, NW, Seventh Floor<br>Washington, DC 20001<br>Telephone: (202) 559-2433<br>mhandley@hfajustice.com<br>spearson@hfajustice.com<br><br>*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class* |
| Dated: April 14, 2025 | */s/ Timothy R. Beyer*<br>Timothy R. Beyer<br>Adam Brett Stern<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1700 Lincoln Street Suite 4100<br>Denver, CO 80203-4541<br>Telephone: (303) 861-7000<br>Tim.Beyer@bclplaw.Com<br>Adam.Stern@bclplaw.Com<br><br>Emilee Lauren Hargis<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>211 North Broadway Suite 3600<br>Saint Louis, MO 63102<br>Telephone: (314) 259-2028<br>Emilee.Hargis@bclplaw.Com<br><br>*Counsel for Agri Beef Co. and Washington Beef, LLC* |

- 4 -

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

               */s/ Shana E. Scarlett*
                 SHANA E. SCARLETT