IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RON BROWN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JBS USA FOOD COMPANY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-02946-PAB-STV |

**PLAINTIFFS' UNOPPOSED MOTION TO APPROVE CLAIMS ADMINISTRATOR
AND DIRECT CLAIMS ADMINISTRATOR TO TAKE SECURITY MEASURES**

Plaintiffs Ron Brown and Minka Garmon hereby move, unopposed,[1] for an Order appointing A.B. Data, Ltd. ("A.B. Data") as notice and claims administrator and directing A.B. Data to take security measures with regards to the structured data Defendants[2] produce to A.B. Data to facilitate finalization of the proposed notice plan. Plaintiffs previously submitted a proposed schedule for the dissemination of notice on January 28, 2025 (ECF No. 383), which provided the Court with an update on the production of class compensation and contact data from settled and litigating Defendants.[3]

---

[1] All litigating Defendants have consented to the filing of this Motion. Plaintiffs shared this Motion with all settled Defendants on April 17, 2025 and asked them to indicate any objection to this Motion by April 23, 2025. Plaintiffs heard from American Foods Group, LLC; Cargill, Incorporated and Cargill Meat Solutions Corporation; and Agri Beef Co. that they affirmatively had no objection. None of the other settled Defendants raised an objection.

[2] For the purpose of this Motion, "Defendants" does not include Agri Stats, Inc. or Webber, Meng, Sahl & Company, Inc. since they are not providing data.

[3] The settlement classes consist of workers employed at all of the Defendants' red meat processing plants. Thus, it is necessary to the implementation of a notice and claims administration campaign for both settled and litigating Defendants to produce class compensation and contact data. Plaintiffs previously submitted to this Court on February 14, 2025 a proposed notice plan

1

Plaintiffs respectfully request that the Court:

1. Appoint A.B. Data as the Notice and Claims Administrator with respect to settlements subject to the preliminary approval orders of this Court in this case (ECF Nos. 306 and 382).[4]

2. Direct A.B. Data to take the following security measures with respect to the structured data that Defendants produce to it given the existence of personally identifiable information (PII) in the structured data:

   a. Data file(s) will be encrypted at rest and in transit with AES256 or better encryption using Zip, PGP, or other approved file level encryption;

   b. Passwords and security keys will be transmitted via a different method than file transport method, either via email or over the phone;

   c. File Transmission will be delivered to A.B. Data over SFTP (secure file transfer protocol). A.B. Data will setup the transfer for Defendants to post, or Defendants can post for A.B. Data to retrieve;

   d. For data integrity and quality control purposes, data file(s) record counts will be supplied and verified upon receipt; and

   e. The data will be hosted on secure servers that will only be accessible to a privileged user group, i.e. only the A.B. Data staff that works on the project and needs to access the data will have access. Two-factor authentication will be used to access the data.

3. Order that A.B. Data will be subject to compliance with the Protective Order (ECF No. 321) and designations made pursuant to that order to the produced structured data, and that A.B. Data will also be subject to compliance with Court orders related to the notice and claims

---

(ECF No. 385), which includes direct notice sent by email and postcard based on class members' information obtained from the structured data produced by Defendants.

[4] The Settling Defendants are: Agri Beef Co.; American Foods Group, LLC; Cargill, Incorporated and Cargill Meat Solutions Corporation; Hormel Foods Corporation, Rochelle Foods, LLC, and Quality Pork Processors, Inc.; JBS USA Food Company; National Beef Packing Company, LLC; Perdue Farms, Inc.; Seaboard Foods, LLC; Triumph Foods, LLC; Tyson Foods, Inc.; Washington Beef, LLC; and Webber, Meng, Sahl & Co., Inc.

process. All vendors and subcontractors of A.B. Data with access to the produced structured data will be provided with, and required to comply with, a copy of any order resulting from this Motion and the Protective Order.

4. Order that A.B. Data will not use or disclose any of the produced structured data except as is necessary to provide notice and appropriately distribute settlement funds to claimants, as ordered by the Court; order that A.B. Data will not retain information or any copies thereof for longer than or in any other manner than is reasonably necessary to fulfill its duty as notice and claims administrator; and order that, following the distribution phase of the case, data will be archived to secured offline media and then destroyed after seven years or pursuant to the Protective Order, whichever comes first, and clarify that this will not include records required for tax purposes.

5. Prohibit A.B. Data from sharing with anyone or providing anyone with access to, including but not limited to the Plaintiffs and their counsel, any data that was produced in this case and has not been hashed or anonymized, except with Plaintiffs' counsel as is necessary to administer individual inquiries and resolve individual disputes regarding notice and distribution of settlement funds; permit A.B. Data to share with Plaintiffs' counsel data produced and authorized by the Defendants that has been anonymized or hashed for use in the litigation of this case, which may differ in scope from the data produced by Defendants for settlement administration purposes; and order that A.B. Data continue to comply with the Protective Order with respect to these limited instances where data is disclosed.

6. Order that A.B. Data will notify Defendants without undue delay, but in any event within two (2) business days of becoming aware, of any compromise to the confidentiality or security of the proposed structured data and/or unauthorized or unlawful access to or use,

disclosure, alteration, destruction, or processing of the produced structured data within A.B. Data's possession or control or that of its vendors or subcontractors (collectively "Security Event"). A.B. Data will promptly investigate and remediate any and all Security Events and take steps to mitigate harms to individuals and/or Defendants arising therefrom, and provide Defendants with reasonable information and assistance necessary for Defendants to comply with their legal obligations with respect to any Security Event. A.B. Data will be responsible for, and will carry data breach liability insurance covering, third-party liabilities related to any Security Event involving structured data produced by Defendants to A.B. Data.

Dated: April 25, 2025                    Respectfully submitted,

                                         COHEN MILSTEIN SELLERS & TOLL PLLC

                                         */s/ Brent W. Johnson*
                                         Brent W. Johnson
                                         Benjamin D. Brown
                                         Alison S. Deich
                                         Zachary Glubiak
                                         Zachary I. Krowitz
                                         Sabrina S. Merold
                                         1100 New York Avenue NW, 8th Floor
                                         Washington, DC 20005
                                         Telephone: (202) 408-4600
                                         Facsimile: (202) 408-4699
                                         bjohnson@cohenmilstein.com
                                         bbrown@cohenmilstein.com
                                         adeich@cohenmilstein.com
                                         zglubiak@cohenmilstein.com
                                         zkrowitz@cohenmilstein.com
                                         smerold@cohenmilstein.com

                                         Daniel H. Silverman
                                         COHEN MILSTEIN SELLERS & TOLL PLLC
                                         769 Centre St. Suite 207
                                         Boston, MA 02130
                                         Telephone: (617) 858-1990
                                         dsilverman@cohenmilstein.com

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Shana E. Scarlett*
Shana E. Scarlett
Rio S. Pierce
Abby R. Wolf
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Elaine Byszewski
Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena CA, 91101
Telephone: (213) 330-7150
elaineb@hbsslaw.com
abigailp@hbsslaw.com

HANDLEY FARAH & ANDERSON PLLC

*/s/ George F. Farah*
George F. Farah
Rebecca P. Chang
Nicholas J. Jackson
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
Facsimile: (844) 300-1952
gfarah@hfajustice.com
rchang@hfajustice.com
njackson@hfajustice.com

William H. Anderson (Co. Bar 45960)

5

HANDLEY FARAH & ANDERSON PLLC
5353 Manhattan Circle, Suite 204
Boulder, CO 80303
Telephone: (202) 559-2433
Facsimile: (844) 300-1952
wanderson@hfajustice.com

Martha E. Guarnieri
HANDLEY FARAH & ANDERSON PLLC
1727 Snyder Avenue
Philadelphia, PA 19145
Telephone: (215) 422-3478
Facsimile: (844) 300-1952
mguarnieri@hfajustice.com

Simon Wiener
HANDLEY FARAH & ANDERSON PLLC
60 Harrison Avenue, Suite 604
Boston, MA 02111
Telephone: (202) 921-4567
Facsimile: (844) 300-1952
swiener@hfajustice.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Brian D. Clark
Stephen J. Teti
Arielle S. Wagner
Eura Chang
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
sjteti@locklaw.com
aswagner@locklaw.com
echang@locklaw.com

Candice J. Enders
Julia R. McGrath
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

cenders@bm.net
jmcgrath@bm.net

*Additional Counsel for Plaintiffs and the Proposed Class*

7

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

                                       */s/ Brent W. Johnson*
                                         Brent W. Johnson