**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:22-cv-02946-PAB-STV**

RON BROWN, et al.,
    Plaintiffs,

v.

JBS USA FOOD COMPANY, et al.,
    Defendants.

**NOTICE OF COMPLIANCE WITH CLASS ACTION FAIRNESS ACT OF 2005 OF
DEFENDANTS AGRI BEEF CO. AND WASHINGTON BEEF, LLC**

Defendants Agri Beef Co. and Washington Beef, LLC hereby provide notice that on June 20, 2025, they caused notice of their proposed class action settlement with the putative class in the above-captioned action to be served upon the appropriate federal and state officials, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b).

Dated: June 23, 2025                                      Respectfully submitted,


                                                          */s/ Emilee L. Hargis*
                                                          Timothy R. Beyer
                                                          BRYAN CAVE LEIGHTON PAISNER LLP
                                                          1700 Lincoln Street, #4100
                                                          Denver, CO 80203
                                                          Telephone: (303) 866-7000
                                                          E-mail: tim.beyer@bclplaw.com

                                                          Emilee L. Hargis
                                                          BRYAN CAVE LEIGHTON PAISNER LLP
                                                          211 N. Broadway, #3600
                                                          St. Louis, MO 63102
                                                          Telephone: (314) 259-2028
                                                          E-mail: emilee.hargis@bclplaw.com

                                                          *Counsel for Agri Beef Co. and Washington Beef, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*/s/ Emilee L. Hargis*
Emilee L. Hargis