**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

RON BROWN, *et al.*,
Plaintiffs,
v.
JBS USA FOOD COMPANY, *et al.*,
Defendants.

Civil Action No. 1:22-CV-02946-PAB-STV

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY AT THE FINAL FAIRNESS HEARING**

Plaintiffs, by and through the undersigned counsel, respectfully move this Court to allow certain Plaintiffs' counsel who will not be participating in the November 13, 2026 Final Fairness Hearing to appear remotely via videoconference or telephone. In support of this motion, Plaintiffs state as follows:

1. The Court has set a Final Fairness Hearing for November 13, 2026 at 9:00 a.m. to consider final approval of the settlements between Plaintiffs and the following Defendants: Tyson Foods, Inc.; JBS USA Food Co.; Cargill, Inc. and Cargill Meat Solutions Corp.; National Beef Packing Co., LLC; Hormell Foods Corp., Rochelle Foods, LLC, & Quality Pork Processors, Inc.; Seaboard Foods, LLC; Triumph Foods, LLC; American Foods Group, LLC; Agri Beef Co. and Washington Beef, LLC; Perdue Farms, Inc.; Indiana Packers Corp.; Greater Omaha Packing Co., Inc.; Webber, Meng, Sahl and Company, Inc.; and Agri Stats, Inc. *See* ECF 491.

2. Plaintiffs will be represented in-person at the Final Fairness Hearing by Co-Lead Counsel from Hagens Berman Solo Shapiro LLP and Handley Farah & Anderson PLLC.

3. Certain Plaintiffs' counsel will not be speaking at the Final Fairness Hearing but, as co-counsel, seek permission to appear via videoconference or telephone in order to continue to vigorously advocate for Plaintiffs in subsequent briefings and approval proceedings.

4. Allowing certain Plaintiffs' counsel, who are located in multiple cities throughout the country, to attend remotely will promote efficiency and judicial economy.

5. No party will be prejudiced by allowing certain Plaintiffs' counsel, who do not intend to speak at the Final Fairness Hearing, to appear remotely via videoconference or telephone. The Court has granted permission for Smithfield's counsel to appear remotely at the Final Fairness Hearing, and it has allowed parties to this action to appear remotely on at least three previous occasions. *See* ECF 244, 328, 460.

6. Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiffs' counsel reached out to counsel for Defendants, and did not receive any opposition to the request.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and allow certain Plaintiffs' counsel to appear remotely at the November 13, 2026 Final Fairness Hearing via videoconference or telephone.

**DATED**: November 12, 2026 Respectfully submitted,

*s/ Shana E. Scarlett*
SHANA E. SCARLETT
HAGENS BERMAN
SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

*s/ Brent W. Johnson*
BRENT W. JOHNSON
COHEN MILSTEIN SELLERS
& TOLL LLP
1100 New York Ave. NW, 8th Fl.
Washington, DC 20005
Telephone: (202) 408-4600
bjohnson@cohenmilstein.com

*s/ George F. Farah*
GEORGE F. FARAH
HANDLEY FARAH &
ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com

*Interim Co-Lead Counsel for Plaintiffs*